UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CR373 HEA |
| ) | |
| JERRY E. TORBET, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Monday, September 20, 2010, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 8th day of September, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE